# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  22-A-1675

$298.00 COST PAID

Berg, Andrea

---

**PLAINTIFF**

**VS.**

Travelers Indemnity Company of Connecticut
Sentry Select Insurance Company
McCormick Trucking, Inc.
Morris Transportation Services, LLC
Ryder Integrated Logistics
Ryder Truck Rental, Inc.
Canamore, Steven
Roberts, Michael

---

**DEFENDANTS**

---

## SUMMONS

TO: RYDER INTEGRATED LOGISTICS

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **James Attwood**
> **The Attwood Firm, LLC**
> **150 E. Ponce de Leon Ave.**
> **Suite 200**
> **Decatur, Georgia 30030**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 24th day of May, 2022.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of



# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  22-A-1675

$298.00 COST PAID

Berg, Andrea

---

**PLAINTIFF**

**VS.**

Travelers Indemnity Company of Connecticut
Sentry Select Insurance Company
McCormick Trucking, Inc.
Morris Transportation Services, LLC
Ryder Integrated Logistics
Ryder Truck Rental, Inc.
Canamore, Steven
Roberts, Michael

---

**DEFENDANTS**

**SUMMONS**

TO: RYDER TRUCK RENTAL, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **James Attwood**
> **The Attwood Firm, LLC**
> **150 E. Ponce de Leon Ave.**
> **Suite 200**
> **Decatur, Georgia 30030**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 24th day of May, 2022.**

Clerk of State Court

*Robin C. Bishop*

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  22-A-1675

$298.00 COST PAID

Berg, Andrea

---

**PLAINTIFF**

**VS.**

Travelers Indemnity Company of Connecticut
Sentry Select Insurance Company
McCormick Trucking, Inc.
Morris Transportation Services, LLC
Ryder Integrated Logistics
Ryder Truck Rental, Inc.
Canamore, Steven
Roberts, Michael

---

**DEFENDANTS**

**SUMMONS**

TO: CANAMORE, STEVEN

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **James Attwood**
> **The Attwood Firm, LLC**
> **150 E. Ponce de Leon Ave.**
> **Suite 200**
> **Decatur, Georgia 30030**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 24th day of May, 2022.**

Clerk of State Court

*Robin C. Bishop*

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1

ID# E-GBKHWSPY-VLS

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  22-A-1675

$298.00 COST PAID

Berg, Andrea

---

**PLAINTIFF**

**VS.**

Travelers Indemnity Company of Connecticut
Sentry Select Insurance Company
McCormick Trucking, Inc.
Morris Transportation Services, LLC
Ryder Integrated Logistics
Ryder Truck Rental, Inc.
Canamore, Steven
Roberts, Michael

---

**DEFENDANTS**

**SUMMONS**

TO: TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **James Attwood**
> **The Attwood Firm, LLC**
> **150 E. Ponce de Leon Ave.**
> **Suite 200**
> **Decatur, Georgia 30030**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 24th day of May, 2022.**

Clerk of State Court

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  22-A-1675

$298.00 COST PAID

Berg, Andrea

**PLAINTIFF**

**VS.**

Travelers Indemnity Company of Connecticut
Sentry Select Insurance Company
McCormick Trucking, Inc.
Morris Transportation Services, LLC
Ryder Integrated Logistics
Ryder Truck Rental, Inc.
Canamore, Steven
Roberts, Michael

**DEFENDANTS**

**SUMMONS**

TO: MCCORMICK TRUCKING, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **James Attwood**
> **The Attwood Firm, LLC**
> **150 E. Ponce de Leon Ave.**
> **Suite 200**
> **Decatur, Georgia 30030**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 24th day of May, 2022.**

Clerk of State Court

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1

ID# E-GBKHWSPY-JHE
🖳 EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-1675**

MAY 20, 2022 10:37 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEROGIA

| | |
|---|---|
| ANDREA BERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **Jury Trial Demanded** |
| | ) |
| TRAVELERS INDEMNITY COMPANY | ) |
| OF CONNECTICUT; SENTRY SELECT | ) |
| INSURANCE COMPANY; MCCORMICK | ) |
| TRUCKING, INC.; MORRIS | ) |
| TRANSPORTATION SERVICES LLC; | ) |
| RYDER INTEGRATED LOGISTICS, INC; | ) |
| RYDER TRUCK RENTAL, INC.; | ) |
| STEVEN CANAMORE; and MICHAEL | ) |
| ROBERTS, | ) |
| | ) |
| Defendants. | ) |

## **COMPLAINT**

Plaintiff Andrea Berg files her Complaint against Defendants as follows:

### **Parties**

1.

Plaintiff Andrea Berg is a citizen of the State of Georgia.

2.

Defendant Travelers Indemnity Company of Connecticut is a Connecticut company that is authorized to do business in Georgia. It may be served with process through its registered agent, Corporation Service Company, which is located at 2 Sun Court, Suite 400, in Peachtree Corners, Georgia.

1

3.

Defendant Sentry Select Insurance Company is a Wisconsin company that is authorized to conduct business in Georgia. It may be served with process through its registered agent, CT Corporation System, which is located at 289 South Culver Street in Lawrenceville, Georgia.

4.

Defendant McCormick Trucking, Inc. is a Tennessee corporation. It may be served with process at its principal place of business located at 9802 McCormick Court in Murfreesboro, Tennessee.

5.

Defendant Morris Transportation Services, LLC is an Arkansas limited liability company. It may be served with process through its registered agent, Mark Morris, who is located at 728 Highway 52 West in Hamburg, Arkansas.

6.

Defendant Ryder Integrated Logistics, Inc. is a Delaware corporation that is authorized to do business in Georgia. It may be served with process through its registered agent, Corporate Creations Network, Inc., which is located at 2985 Gordy Parkway, 1st Floor, in Marietta, Georgia.

7.

Defendant Ryder Truck Rental, Inc. is a Florida corporation that is authorized to do business in Georgia. It may be served with process through its registered agent, Corporate Creations Network, Inc., which is located at 2985 Gordy Parkway, 1st Floor, in Marietta, Georgia.

2

8.

Defendant Steven Canamore is a citizen of North Carolina.  He may be served with process at his residence in North Carolina.

9.

Defendant Michael Roberts is a citizen of Louisiana.  He may be served with process at his residence in Louisiana.

## Jurisdiction and Venue

10.

Defendants are subject to the personal jurisdiction of this Court through the Georgia Long-Arm Statute because they individually, statutorily, or vicariously committed tortious acts in Georgia.

11.

Venue is proper in this Court because the underlying crash occurred in Cobb County.

12.

This Court has subject-matter jurisdiction over this case because it involves a tort.

## Factual Allegations and Liability

13.

On March 11, 2020, Plaintiff Andrea Berg was driving her vehicle east bound on Interstate 20 in Cobb County, Georgia.

14.

Plaintiff was alert and obeying all traffic laws.

15.

Defendant Canamore was driving a tractor trailer in the same direction on Interstate 20 as Plaintiff and was behind Plaintiff.

16.

Defendant Roberts was driving a tractor trailer in the same direction on Interstate 20 as Plaintiff and was behind Plaintiff and Defendant Canamore.

17.

Traffic on Interstate 20 began to slow ahead of Plaintiff.

18.

Plaintiff started braking and slowing down near the intersection of Interstate 20 and Six Flags Parkway.

19.

Suddenly and without warning, Defendant Canamore negligently crashed into the back of Plaintiff's vehicle.

20.

A moment later, and with no warning, Defendant Roberts negligently slammed into the back of Defendant Canamore's trailer.  The force from this collision also affected Plaintiff's vehicle.

21.

These collisions caused Plaintiff's vehicle to strike the vehicle in front of Plaintiff on Interstate 20.

4

22.

Defendant Canamore owed Plaintiff a duty to avoid striking Plaintiff's vehicle.
Defendant Canamore breached this duty.

23.

Defendant Roberts had a duty to avoid striking Defendant Canamore's vehicle.
Defendant Roberts breached this duty.

24.

Defendant Canamore owed Plaintiff a duty to drive at an appropriate speed for the
conditions that were present on Interstate 20 at the time of the collision.  Defendant Canamore
breached this duty.

25.

Defendant Roberts had a duty to drive at an appropriate speed for the conditions that
were present on Interstate 20 at the time of the collision.  Defendant Roberts breached this duty.

26.

Defendant Canamore owed Plaintiff a duty to pay attention to the road while driving.
Defendant Canamore negligently breached this duty.

27.

Defendant Roberts had a duty to pay attention to the road while driving.  Defendant
Roberts negligently breached this duty.

28.

Defendant Canamore had a duty to avoid following too closely to the vehicle in front of
him.  Defendant Canamore negligently breached this duty.

29.

Defendant Roberts had a duty to avoid following too closely to the vehicle in front of him. Defendant Roberts negligently breached this duty.

30.

Because Defendants Canamore and Roberts were driving negligently and following too closely, they caused collisions directly responsible for Plaintiff's personal injuries.

31.

Defendant Canamore was negligent per se.

32.

Defendant Roberts was negligent per se.

33.

Defendants failed to adhere to pertinent aspects of Georgia motor vehicle laws and regulations, Georgia motor carrier regulations, and applicable Federal motor carrier regulations.

34.

At all times relevant to this Complaint, Plaintiff acted with reasonable care.

35.

At the time, Defendant Canamore was employed by Defendant McCormick Trucking and/or Defendants Ryder Integrated and/or Defendant Ryder Truck Rental and acting in the course and scope of his employment with McCormick Trucking and/or the Ryder defendants.

36.

At the time, Defendant Roberts was employed by Defendant Morris Transportation and acting in the course and scope of his employment with Morris Transportation.

37.

At the time of the underlying incident, Defendant Canamore was acting at the direction and under the control of Defendant McCormick Trucking and/or Defendants Ryder Integrated and/or Defendant Ryder Truck Rental.

38.

As an employee acting in the course and scope of his employment McCormick and/or the Ryder Defendants, Defendant Canamore was an agent of Defendant McCormick Trucking and/or Defendants Ryder Integrated and/or Defendant Ryder Truck Rental.

39.

At the time of the underlying incident, Defendant Roberts was acting at the direction and under the control of Defendant Morris Transportation.

40.

As an employee acting in the course and scope of his employment with Morris Transportation, Defendant Roberts was an agent of Morris Transportation.

41.

Through its agency and employment relationship with Defendant Canamore, McCormick Trucking and/or the Ryder defendants are vicariously liable for Defendant Canamore's negligence in operating his vehicle and for the damages caused by Defendant Canamore's negligence through the doctrine of respondeat superior.  As such, these Defendants are joint tortfeasors.

42.

Through its agency and employment relationship with Defendant Roberts, Morris Transportation is vicariously liable for Defendant Roberts's negligence in operating his vehicle

7

and for the damages caused by Defendant Roberts's negligence through the doctrine of respondeat superior.  As such, these Defendants are joint tortfeasors.

43.

Defendants McCormick Trucking, Morris Transportation, Ryder Integrated, Ryder Truck Rental, Canamore, and Roberts are joint tortfeasors.

44.

McCormick Trucking, Morris Transportation, Ryder Integrated, and Ryder Truck Rental are motor carriers for hire.

45.

Pursuant to the terms and conditions of its policy of insurance and applicable Georgia law, Defendant Sentry Select Insurance Company is liable to Plaintiff and responsible for payment of damages incurred by or owed to the Plaintiff as a result of the negligent acts of Defendants Morris Transportation Services LLC and Michael Roberts.  O.C.G.A. § 40-1-112.

46.

Pursuant to the terms and conditions of its policy of insurance and applicable Georgia law, Defendant Travelers Indemnity Company of Connecticut is liable to Plaintiff and responsible for payment of damages incurred by or owed to the Plaintiff as a result of the negligent acts of Defendants McCormick Trucking, Inc. and Defendant Canamore and/or Defendants Ryder Integrated and Ryder Truck Rental.  O.C.G.A. § 40-1-112.

47.

Defendants were negligent in failing to adhere to routine and common industry standards regarding operation of the truck and load at issue, including negligently failing to adequately inspect the truck and load at issue prior to its use, and in negligently failing to take appropriate

8

precautionary measures and procedures to prevent injuries to others including Plaintiff.  Pursuant to the terms and conditions of its policy of insurance and applicable Georgia law, Defendant Travelers Indemnity Company of Connecticut and Sentry Select Insurance Company are liable to Plaintiff and responsible for payment of damages incurred by Plaintiff as a result of the negligent acts of their insureds.

48.

Defendants' negligence was both the legal and proximate cause of Plaintiff's personal injuries.

49.

That each of the foregoing acts and omissions constitute and independent act of negligence on the part of Defendants McCormick Trucking, Morris Transportation, Ryder Integrated, Ryder Truck Rental, Canamore, and Roberts and one or more or all above stated acts were the proximate causes of the injuries to Plaintiff.  Defendants McCormick Trucking, Morris Transportation, Ryder Integrated, Ryder Truck Rental, Canamore, and Roberts are jointly and severally liable to Plaintiff.

**Damages**

50.

Plaintiff sustained injuries and damages that were directly and proximately caused by the Defendants' negligence.

51.

But for the negligence of Defendants, Plaintiff would not have suffered injuries, physical pain, mental and psychological suffering, and other injuries as proven at the trial of this matter.

52.

Plaintiff is entitled to recover for the injuries and pain and suffering sustained, and all other elements of damages allowed under Georgia law, including but not limited to all compensatory, general, special, incidental, consequential, and/or other damages permitted.

53.

Plaintiff states her intention to seek all compensatory, special, economic, consequential, general, and all other damages permissible under Georgia law, including, but not limited to:

a) Personal injuries;

b) Past, present and future pain and suffering;

c) Disability;

d) Disfigurement;

e) Mental anguish;

f) Loss of the capacity for the enjoyment of life;

g) Lost wages;

h) Impaired ability to labor;

i) Incidental expenses;

j) Loss of earning capacity;

k) Past, present and future medical expenses;

l) Permanent injuries; and

m) Consequential damages to be proven at trial.

WHEREFORE, the Plaintiff prays for a judgment to be awarded to her and against the Defendant for the following:

     a.     That summons and process issue and Defendants be served as provided by law;

     b.     That Plaintiff has a trial by jury;

     c.     That judgment shall be found against Defendants for negligence as outlined above;

     d.     Plaintiff be awarded actual damages in amounts to be shown at trial from the Defendants;

     e.     Plaintiff recovers any and all damages allowed by law, including all general, special, compensatory, economic and other allowable damages in accordance with the enlightened conscience of an impartial jury from the Defendants and as permitted under Georgia law;

     g.     Plaintiff be allowed to recover for any and all claims or causes of actions may be brought against the defendant insurance carriers under O.C.G.A. § 40-1-112.

     h.     That all costs be taxed against the Defendants; and

     i.     That Plaintiff has such other further relief as the Court may deem just and proper.


Respectfully submitted this ___20th___ day of May, 2022

**MURPHY LAW FIRM, LLC**

*/s/ James K. Murphy*
James K. Murphy
GA Bar No. 530672
*Attorney for the Plaintiff*

8302 Office Park Drive
Douglasville, Georgia 30134
Phone: (770) 577-3020
Email: jameskmurphy@murphylawyer.com

11

**THE ATTWOOD FIRM, LLC**

*/s/ James Attwood*
James Attwood
Georgia Bar No. 027752
*Attorney for Plaintiff*
One Decatur TownCenter
150 East Ponce de Leon Avenue, Suite 200
Decatur, Georgia 30030
Phone: (404) 907-3539
Email: jattwood@taf-llc.com

12